LAW OFFICES OF
DePANFILIS & VALLERIE, LLC

Anthony J. DePanfilis*
John E. Vallerie, Jr. (1930-1997)
David W. Stergas
Marc J. Grenier
*Also admitted in NY

Frank P. Bevilacqua
Joseph DaSilva, Jr.
Thomas L. McKirdy, Jr.

March 30, 2020

Honorable John G. Koeltl
United States District Judge
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007

Re:   *In the Matter of James T. Booth*
      *Docket No.: 0208 1:19cr00699 (JGK)*

Dear Judge Koeltl:

I am writing to you regarding the sentencing of my client, James T. Booth, which is currently scheduled to take place on Thursday, April 9, 2020.  In light of the current circumstances surrounding COVID-19 and my client's advanced age of 74 years, I am respectfully requesting that sentencing be adjourned to sometime in the early part of June 2020.

Thank you in advance for your kind attention to this matter.

Very truly yours,

***DICTATED BUT NOT READ***

Frank P. Bevilacqua, Esq.
Juris No. 421325

FPB/ars

cc.   Deputy Donnie Fletcher (via electronic mail: Donnie_Fletcher@nysp.uscourts.gov)
      Robert L. Boone, Assistant U.S. Attorney (via electronic mail: Robert.Boone@usdoj.gov)
      Sandra Campbell (via electronic mail: Sandra_Campbell@nysp.uscourts.gov)

25 Belden Avenue, P.O. Box 699, Norwalk, Connecticut 06852-0699, (203) 846-9585, Fax: (203) 847-2849
E-mail: info@dandvlaw.com
www.dandvlaw.com