**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
―――――――――――――――――――――――――――――――

**UNITED STATES OF AMERICA**

      - against -                              19-cr-699 (JGK)

**JAMES BOOTH,**                                    <u>ORDER</u>

               **Defendant.**
―――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    Sentencing is adjourned to August 7, 2020 at 2:30 PM.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **June 12, 2020**                        /s/ John G. Koeltl
                                                 **John G. Koeltl**
                                      **United States District Judge**