

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 5, 2020

**BY ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/09/2020
```

Re:   *United States v. James T. Booth*, 19 Cr. 699 (JGK)

Dear Judge Koeltl:

As Your Honor is aware, the sentencing in the above-captioned matter is currently scheduled for November 17, 2020 at 10:00 a.m. It has come to the Government's attention that certain victims of the defendant would like to be heard at the sentencing. As such, and in light of the COVID-19 pandemic and its related travel restrictions, the Government requests that members of the public be allowed to audit the defendant's sentencing using a telephonic dial-in number.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: _____
Robert L. Boone
Assistant United States Attorney
(212) 637-2208

cc: Defense Counsel (by ECF)

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.

11/09/20