UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

              -against-                                      19 cr 699 (JGK)

                                                                    **ORDER**

JAMES T. BOOTH,
                      Defendant.
-------------------------------------------------------------X

        The Clerk shall take the special assessment of $100, which the Court imposed at sentencing, on November 17, 2020.

**SO ORDERED.**

                                                                    **JOHN G. KOELTL**
                                                               **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          November 17, 2020