```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :
                                      :
        -v-                           :    19-CR-699 (JGK)
                                      :
JAMES T. BOOTH,                       :    ORDER
                                      :
                Defendant.            :
                                      :
------------------------------------- X
```

JOHN G. KOELTL, United States District Judge:

The Court arguably should have provided the oral warning specified in Federal Rule of Criminal Procedure 5(f) during the sentencing today. The Court has entered the appropriate Rule 5(f) Order and the Government should confirm by **November 20, 2021** [handwritten: 2020] that it is aware of its obligations.

SO ORDERED.

Dated: November 17, 2020 [handwritten: 11/18/20]
       New York, New York

John G. Koeltl
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/2020