

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 6, 2021

**BY ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:  *United States v. James T. Booth*, 19 Cr. 699 (JGK)

Dear Judge Koeltl:

    On November 17, 2020, at the sentencing of the above-captioned defendant, Your Honor ordered the parties to submit a statement on victim loss amounts with respect to restitution by January 8, 2021.  The Government writes to request a 30-day extension of that order.  Defense counsel consents to this request.  The additional time is needed to gather information regarding settlement agreements reached by certain victims and the broker-dealers formerly associated with the defendant.  The Government has made repeated attempts to gather such information, but has yet to receive the relevant information from the broker-dealers.  Accordingly, the parties respectfully request that they have until February 8, 2021 to submit victim loss amount information to the Court.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

By: _____
    Robert L. Boone
    Assistant United States Attorney
    (212) 637-2208

cc: Defense Counsel (by ECF)

```
Application granted. SO ORDERED.

New York, New York   /s/ John G. Koeltl
January 7, 2021      John G. Koeltl, U.S.D.J.
```