**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
───────────────────────────────────
**UNITED STATES OF AMERICA**

       - against -                    19-cr-699 (JGK)

**JAMES BOOTH,**                                   <u>**ORDER**</u>

                **Defendant.**
───────────────────────────────────
**JOHN G. KOELTL, District Judge:**

    The government should respond to the defendant's emergency motion for modification of sentence dated January 13, 2021 by January 16, 2021.

**SO ORDERED.**

**Dated:    New York, New York**
            **January 14, 2021**              /s/ John G. Koeltl
                                              **John G. Koeltl**
                                     **United States District Judge**