

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 8, 2021

```
Application granted.

SO ORDERED.

New York, New York      /s/ John G. Koeltl
February 10, 2021       John G. Koeltl, U.S.D.J.
```

**BY ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *United States* v. *James T. Booth*, 19 Cr. 699 (JGK)

Dear Judge Koeltl:

      On January 7, 2021, Your Honor granted the Government's request that the parties have until today, February 8, 2021, to submit a statement on victim loss amounts in the instant matter. The Government writes to request an additional 14-day extension of that deadline. Defense counsel consents to this request. While the Government has received some information from the broker-dealers formerly associated with the defendant regarding the settlement agreements the broker-dealers have reached with certain victims, it has not received all of the information needed. The Government expects to receive the remaining information in the coming days. Accordingly, the parties respectfully request that they have until February 22, 2021 to submit victim loss amount information to the Court.

      Respectfully submitted,

      AUDREY STRAUSS
      United States Attorney

By:  _____
     Robert L. Boone
     Assistant United States Attorney
     (212) 637-2208

cc:  Defense Counsel (by ECF)