

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 20, 2021

```
Application granted.  SO ORDERED.

New York, NY            /s/ John G. Koeltl
August 23, 2021         John G. Koeltl, U.S.D.J.
```

**BY ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *United States v. James T. Booth*, 19 Cr. 699 (JGK)

Dear Judge Koeltl:

Please be advised that I am leaving the United States Attorney's Office for other employment. Accordingly, please remove me as counsel of record in the above-captioned case.

Thank you very much for the Court's consideration.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: _____
Robert L. Boone
Assistant United States Attorney
(212) 637-2208

cc: Defense Counsel (by ECF)