UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

       - against -　　　　　　　　　　19 Cr. 699 (JGK)

JAMES T. BOOTH,　　　　　　　　　　ORDER

           Defendant.

---

JOHN G. KOELTL, District Judge:

    The Government submitted a proposed Order of Restitution on February 22, 2021. ECF No. 40. The Court ordered the defense to respond by September 3, 2021. ECF No. 43. No response has been filed. If the defense fails to respond by **April 15, 2022**, the Court will sign the Government's proposed Order.

SO ORDERED.

Dated:　　New York, New York
　　　　　April 1, 2022

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　John G. Koeltl
　　　　　　　　　　　　　　　　　　　United States District Judge