UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

JAMES T. BOOTH,
                Defendant.

19 Cr. 699 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

On April 1, 2022, the Court ordered the Government to respond to the defendant's motion for compassionate release by **April 22, 2022**. ECF No. 48. The Government has not done so. The Government should respond to the motion by **May 17, 2022**. The defendant may reply by **June 7, 2022**.

The Clerk's Office is directed to mail a copy of this Order to the defendant's last known address and to note service on the docket sheet.

SO ORDERED.

Dated:    New York, New York
            May 3, 2022

                                            John G. Koeltl
                                      United States District Judge